# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA,
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

VERSUS

JUBAN SQUARE 4AC, LLC

NO.  2025 CW 0689

**NOVEMBER 03, 2025**

---

In Re:    State of Louisiana, Department of Transportation and
          Development, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, No.
          156191.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

                              **WIL**
                              **EW**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT